

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-24-00520-CV

| | | |
|---|---|---|
| IN THE MATTER OF E.S. | § | On Appeal from the 323rd District Court |
| | § | of Tarrant County (323-124027-24) |
| | § | April 10, 2025 |
| | § | Per Curiam Memorandum Opinion |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the transfer order of the trial court is affirmed.

Because of E.S.'s indigence, we delete the charges from the two bills of costs in this case.

SECOND DISTRICT COURT OF APPEALS

PER CURIAM